**Order entered January 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01259-CV

## IN RE: PANDALAND HOLDING (HK) LTD., Relator

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05870**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** PandaLand Holding (HK) Ltd. To bear the costs of this original proceeding.


/s/      DAVID L. BRIDGES
JUSTICE